HENRY ROBINSON *vs.* THE MERCHANTS & MINERS TRANSPORTATION COMPANY.

When, in an action pending in a court of superior jurisdiction, the plaintiff has previously sued the same defendant in the same *forum* for the same cause of action, and has been nonsuited on the merits of his case, proceedings will be stayed, on motion, until the plaintiff has satisfied the judgment for costs already entered against him. A motion for surety for costs in the pending action will also be granted.

TRESPASS on the Case. On the defendant's motions to stay the prosecution and for surety for costs.

The plaintiff, Henry Robinson, June 26, 1886, sued out his writ for personal injuries caused by the defendant's alleged negligence. October 21, 1887, at a trial of his case before Matteson, J., and a jury, after he had put in all his evidence as to the merits of his cause, the presiding justice ordered him to be nonsuited on the defendant's motion. Judgment was entered for the defendant for $27.50 for its costs.

November 14, 1887, the same Henry Robinson sued out a writ returnable to the December term of the Court of Common Pleas, in the county of Providence, against the same defendant and for the same cause of action. On the first day of the term the defendant submitted to judgment and appealed as provided by statute.

The defendant filed motions:

1. That the plaintiff before being allowed to prosecute his action should be required to pay the judgment of $27.50 above mentioned.

2. That the plaintiff be required to give surety for costs.

*May* 15, 1888. PER CURIAM. The cases cited[1] for the defendant show that it is the practice at common law for the higher courts, when the plaintiff in a pending action has previously brought suit in the same *forum* for the same cause of action, and has been nonsuited on the merits, to stay proceedings until he has satisfied the judgment for costs recovered against him. Some cases hold that the stay will be granted when the nonsuit is voluntary.

The motion for a stay is granted, and also the motion for surety for costs, said surety to be given on or before the first day of the next term.

*Charles H. Page & Franklin P. Owen,* for plaintiff.
*Arnold Green,* for defendant.

---

[1] As follows:

*Melchart* v. *Halsey,* 3 Wilson, 149, and cases cited ; *Gravenor* v. *Cape; Bass* v. *Firmen,* 1 Ld. Raym. 697 ; *Lord Biron's case,* 1 Vent. 100 ; *Bridge* v. *Sumner,* 1 Pick. 371 ; *Cuyler* v. *Vanderwerk,* 1 Johnson's Cases, 247, and note *c ; Jackson* v. *Edwards,* 1 Cow. 138 ; *Jackson* v. *Carpenter,* 3 Cow. 22 ; *Perkins* v. *Hinman,* 19 Johns. Rep. 237.